Erik J. Stone, Bar #027805
Laura A. Van Buren, Bar #031669
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7875
estone@jshfirm.com
lvanburen@jshfirm.com

Attorneys for Defendant Armstrong
Transport Group, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| GlobalTranz Enterprises, Inc., | NO. TBD |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Sean Michael Murphy and Jane Doe Murphy, husband and wife, DirectPoint Logistics, LLC; and Armstrong Transport Group, LLC, | |
| Defendants. | |
| Sean Michael Murphy and DirectPoint Logistics, LLC, | |
| Counterclaimants, | |
| v. | |
| GlobalTranz Enterprises, Inc., | |
| Counterdefendant. | |

Defendant, Armstrong Transport Group, LLC ("Defendant"), by and through counsel undersigned, hereby files the following Notice of Removal of Maricopa County Superior Court Case No. CV2018-014420, to the United States District Court, for the District of Arizona, pursuant to 15 U.S.C. § 1125(a). As grounds for removal, Defendant states as follows:

7253731.1

**procedural history**

The above-captioned case commenced when Plaintiff, GlobalTranz Enterprises, Inc. ("Plaintiff"), filed a Complaint in Maricopa County Superior Court on November 16, 2018. *See* Complaint, along with the rest of the Superior Court file, attached as Exhibit A.

Defendant was served by a process server in Charlotte, North Carolina, on November 19, 2018. See, Affidavit of Service attached as Exhibit B.

**timeliness of removal**

Under 28 U.S.C. § 1446(b), a defendant has thirty (30) days from the date of service of a Complaint to remove the case to federal court.

This Notice of Removal is filed within thirty (30) days of the service of that Complaint on Defendant.

This Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

A Notice of Filing Notice of Removal is being filed with Maricopa County Superior Court simultaneously with this Notice of Removal. *See* Notice of Filing Notice of Removal, attached as Exhibit C.

**basis for removal**

This matter may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

Specifically, the Plaintiff brings an action for the alleged violation of the Defend Trade Secrets Act, 18 U.S.C. § 1833 *et seq*.

Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this matter.

Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where the action is pending."

As such, Defendant can remove this claim to federal court. *See* 28 U.S.C. § 1441(a).

In addition, under 28 U.S.C. § 1367(a), "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

The other claims brought by Plaintiff in this matter are so related to the claim creating original jurisdiction (i.e., the alleged violation of the Defend Trade Secrets Act) that they form part of the same case or controversy under Article III of the United States Constitution.

Given these grounds for removal, Defendant requests that the above action now pending in Maricopa County Superior Court be removed to this Court.

DATED this 19th day of December 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Erik J. Stone
Erik J. Stone
Laura A. Van Buren
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Armstrong
Transport Group, LLC