# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

1.      **Style of the Case**:

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| **Party** | **Party Type** | **Attorney(s)** |
| --- | --- | --- |
| GlobalTranz Enterprises, Inc. | Plaintiff AND Counterdefendant | Julie E. Maurer, Esq. Angela L. Cooner, Esq. David C. Clukey, Esq. Lewis Brisbois Bisgaard & Smith LLP Phoenix Plaza Tower II 2929 N. Central Avenue Suite 1700 Phoenix, Arizona 85012-2761 Tel: 602-385-1040 Email: azdocketing@lewisbrisbois.com |
| Sean Michael Murphy DirectPoint Logistics, LLC | Defendant Defendant AND Counterclaimants | Isaac Hernandez, Esq. Hernandez Law Firm, PLC 1440 E. Missouri, Suite C11 Phoenix, Arizona 85014 Tel: 602-753-2933 Email: isaac@hdezlawfirm.com |
| Armstrong Transport Group, LLC | Defendant | Erik J. Stone, Esq. Laura A. Van Buren, Esq. Jones, Skelton & Hochuli, P.L.C. 40 N. Central Avenue, Suite 2700 Phoenix, Arizona 85004 Tel: 602-263-7309 |

7252516.1

2.      **Jury Demand**:

Was a Jury Demand made in another jurisdiction?          Yes     **X**     No

      If "Yes," by which party and on what date?

      Party:  Defendants, Sean Michael Murphy and DirectPoint Logistics, LLC
      Date:   December 14, 2018

3.      **Answer**:

Was an Answer made in another jurisdiction?          Yes     **X**     No

      If "Yes," by which party and on what date?

      Party:  Defendants, Sean Michael Murphy and DirectPoint Logistics, LLC
      Date:   December 14, 2018

4.      **Served Parties**:

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Defendants, Sean Michael Murphy and DirectPoint Logistics, LLC | November 17, 2018 | Service of Process |
| Defendant, Armstrong Transport Group, LLC | November 19, 2018 | Service of Process |

5.      **Unserved Parties**:

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| None that Defendant is aware of. | |

6.      **Nonsuited, Dismissed or Terminated Parties**:

2

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|-------|-------------------|

None that Defendant is aware of

**7.     Claims of the Parties**:

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|-------|----------|

Plaintiff:

1.  Breach of Contract
2.  Breach of Fiduciary Duty
3.  Aiding and Abetting a Breach of Fiduciary Duty
4.  Misappropriation of Trade Secrets in Violation of the Defend Trade Secrets Act, 18 U.S.C. § 1833, et seq.
5.  Violation of Arizona Uniform Trade Secrets Act and Misappropriation of Trade Secrets
6.  Tortious Interference with Contracts / Business Expectancies
7.  Conversion
8.  Breach of the Duty of Good Faith and Fair Dealing
9.  Unjust Enrichment
10. Civil Conspiracy

Counterclaimants:

1.  FLSA – Unpaid Overtime (29 U.S.C. § 201 et seq.)
2.  AWA – Wages (A.R.S. §23-355)

Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.

7252516.1