

*EXHIBIT B*

# AFFIDAVIT OF SERVICE

CHRIS DEROSE, CLERK
RECEIVED CCB #2
DOCUMENT DEPOSITORY
18 NOV 29 33 PM 12: 01

| Case:<br>CV 2018-014420 | Court:<br>Superior | County/State:<br>Maricopa, AZ | Job: |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Global Tranz Enterprises, Inc | | **Defendant / Respondent:**<br>Sean Michael Murphy and Jane Doe Murphy; Directpoint Logistics, LLC; and Armstrong Transport Group, LLC. | |
| **Received by:**<br>Reynolds Professional Service, Inc | | **For:**<br>First Legal Network - National Division | |
| **To be served upon:**<br>Armstrong Transport, LLC | | | |

I, Wendy L. Henrich, certify that I'm over the age of 21 and a resident of NC and not a party to the action and who is not related by blood or marriage to a party to the action or to a person upon whom service is to be made.

**Recipient Name / Address:** Emily Chiarizia, 8210 University Executive Park Dr Suite 210, Charlotte, NC 28262

**Manner of Service:** Authorized, Nov 19, 2018, 3:05 pm EST

**Documents:** Summons, Certificate of Compulsory Arbitration, Verified Complaint

**Additional Comments:**
1) Successful Attempt: Nov 19, 2018, 3:05 pm EST at 8210 University Executive Park Dr Suite 210, Charlotte, NC 28262 received by Emily Chiarizia. Age: 34; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 5'11"; Hair: Blond; Relationship: General Counsel; Other: glasses;

_____  11/20/18
Wendy L. Henrich         Date

First Legal Network

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

11/20/18        Mar. 31, 2021
Date            Commission Expires

RUTH REYNOLDS
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires March 31, 2021