

*EXHIBIT C*

Erik J. Stone, Bar #027805
Laura A. Van Buren, Bar #031669
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7309
Fax: (602) 200-7875
estone@jshfirm.com
lvanburen@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant Armstrong
Transport Group, LLC

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| GLOBALTRANZ ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEAN MICHAEL MURPHY and JANE DOE MURPHY, husband and wife; DIRECTPOINT LOGISTICS LLC; and ARMSTRONG TRANSPORT GROUP, LLC, <br><br> Defendants. | NO. CV2018-014420 <br><br> **NOTICE OF FILING NOTICE OF REMOVAL** <br><br> (Assigned to the Honorable Daniel Kiley) |
| SEAN MICHAEL MURPHY and DIRECTPOINT LOGISTICS, LLC, <br><br> Counterclaimants, <br><br> v. <br><br> GLOBALTRANZ ENTERPRISES, INC., <br><br> Counterdefendant. | |

Defendant, Armstrong Transport Group, LLC, pursuant to 28 U.S.C. § 1441, et seq., hereby notify this Court that it has filed a Notice of Removal of this action to the United

7253697.1

States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

DATED this 19th day of December 2018.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/Erik J. Stone
Erik J. Stone
Laura A. Van Buren
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Armstrong Transport Group, LLC

ORIGINAL of the foregoing electronically filed
this 19th day of December 2018.

COPY of the foregoing mailed/e-mailed
this 19th day of December 2018, to:

Julie E. Maurer, Esq.
Angela L. Cooner, Esq.
David C. Clukey, Esq.
Lewis Brisbois Bisgaard & Smith LLP
Phoenix Plaza Tower II
2929 N. Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Attorneys for Plaintiff

Isaac Hernandez, Esq.
Hernandez Law Firm, PLC
1440 E. Missouri, Suite C11
Phoenix, Arizona 85014
Attorney for Defendants / Counterclaimants,
Sean Michael Murphy and DirectPoint Logistics, LLC

/s/Kadie G. Lewis