| | |
|---|---|
| 1 | Erik J. Stone, Bar #027805 |
| 2 | Laura A. Van Buren, Bar #031669<br>JONES, SKELTON & HOCHULI, P.L.C. |
| 3 | 40 North Central Avenue, Suite 2700<br>Phoenix, Arizona  85004 |
| 4 | Telephone:  (602) 263-1700<br>Fax:  (602) 200-7875 |
| 5 | estone@jshfirm.com<br>lvanburen@jshfirm.com |
| 6 | Attorneys for Defendant Armstrong |
| 7 | Transport Group, LLC |

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| GlobalTranz Enterprises, Inc., | NO. TBD |
| Plaintiff, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Sean Michael Murphy and Jane Doe Murphy, husband and wife, DirectPoint Logistics, LLC; and Armstrong Transport Group, LLC, | |
| Defendants. | |
| Sean Michael Murphy and DirectPoint Logistics, LLC, | |
| Counterclaimants, | |
| v. | |
| GlobalTranz Enterprises, Inc., | |
| Counterdefendant. | |

This Rule 7.1 Corporate Disclosure Statement is filed on behalf Defendant, Armstrong Transport Group, LLC ("Defendant"), in compliance with the provisions of: (*check one*)

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any

7253758.1

parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

_____ Relationship: _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.*

_____Relationship: _____

☐ Other (explain)

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7253758.1

2

DATED this 19th day of December 2018.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Erik J. Stone
Erik J. Stone
Laura A. Van Buren
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Armstrong Transport Group, LLC