Erik J. Stone, Bar #027805
Laura A. Van Buren, Bar #031669
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7875
estone@jshfirm.com
lvanburen@jshfirm.com

Attorneys for Defendant Armstrong
Transport Group, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| GlobalTranz Enterprises, Inc.,<br><br>                              Plaintiff,<br><br>          v.<br><br>Sean Michael Murphy and Jane Doe Murphy, husband and wife, DirectPoint Logistics, LLC; and Armstrong Transport Group, LLC,<br><br>                              Defendants.<br><br>Sean Michael Murphy and DirectPoint Logistics, LLC,<br><br>                              Counterclaimants,<br><br>          v.<br><br>GlobalTranz Enterprises, Inc.,<br><br>                              Counterdefendant. | NO. 2:18-cv-04819-PHX-DWL<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant, Armstrong Transport Group, LLC ("Defendant"), by and through undersigned counsel, for its Answer to Plaintiff's Complaint, admits, denies and alleges as follows.  Defendant denies each and every allegation contained in Plaintiff's Complaint (the "Complaint") and each claim for relief which is not expressly admitted or otherwise pleaded to in this Answer.

7256500.1

**PARTIES, JURISDICTION AND VENUE**

1. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint and therefore denies them.

2. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint and therefore denies them.

3. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint and therefore denies them.

4. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint and therefore denies them.

5. In answering Paragraph 5 of the Complaint, Defendant admits that it is a North Carolina limited liability company doing business in the State of Arizona. Defendant further admits that its principal place of business is in North Carolina. Defendant denies the remainder of the allegations contained in Paragraph 5 of the Complaint.

6. Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7. In answering Paragraph 7 of the Complaint, Defendant admits that both jurisdiction and venue are proper in this Court.

**INTRODUCTION**

8. Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11. Defendant admits the allegations contained in Paragraph 11 of the Complaint.

12. In answering Paragraph 12 of the Complaint, Defendant admits only that it provides similar services that Plaintiff does.  Defendant, however, denies the remainder of the allegations contained in Paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in Paragraph 14 of the Complaint to the extent they relate to Defendant.

15. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and therefore denies them.

16. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint and therefore denies them.

17. Defendant denies the allegations contained in Paragraph 17 of the Complaint to the extent they relate to Defendant.

18. Defendant denies the allegations contained in Paragraph 18 of the Complaint to the extent they relate to Defendant.

19. Defendant denies the allegations contained in Paragraph 19 of the Complaint to the extent they relate to Defendant.

## GENERAL ALLEGATIONS

20. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint and therefore denies them.

21. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and therefore denies them.

22. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint and therefore denies them.  Defendant further contends that the copy of the Complaint that was served on it did not include the Exhibit A referenced in Paragraph 22 of the Complaint.

23. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint and therefore denies them.

24. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint and therefore denies them.

25. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint and therefore denies them.

26. Defendant admits the allegations contained in Paragraph 26 of the Complaint to the extent they relate to Defendant.

**THE PROPRIETARY INFORMATION, INVENTIONS AND NON-SOLICITATION AGREEMENT BETWEEN GLOBALTRANZ AND MIKE.**

27. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint and therefore denies them.

28. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint and therefore denies them.

29. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint and therefore denies them.

30. Defendant denies the allegations contained in Paragraph 30 of the Complaint to the extent they relate to Defendant.

**MIKE'S ACCESS TO CONFIDENTIAL INFORMATION**

31. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint and therefore denies them.

32. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint and therefore denies them.

33. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint and therefore denies them.

34. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint and therefore denies them.

35. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint and therefore denies them.

36. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint and therefore denies them.

37. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint and therefore denies them.

38. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint and therefore denies them.

39. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint and therefore denies them.

40. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint and therefore denies them.

41. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint and therefore denies them.

## **MIKE'S UNLAWFUL CONDUCT**

42. Defendant denies the allegations contained in Paragraph 42 of the Complaint to the extent they relate to Defendant.

43. Defendant denies the allegations contained in Paragraph 43 of the Complaint to the extent they relate to Defendant.

44. Defendant denies the allegations contained in Paragraph 44 of the Complaint to the extent they relate to Defendant.

45. Defendant denies the allegations contained in Paragraph 45 of the Complaint to the extent they relate to Defendant.

46. Defendant denies the allegations contained in Paragraph 46 of the Complaint to the extent they relate to Defendant.

47. Defendant denies the allegations contained in Paragraph 47 of the Complaint to the extent they relate to Defendant.

48. Defendant denies the allegations contained in Paragraph 48 of the Complaint to the extent they relate to Defendant.

49. Defendant denies the allegations contained in Paragraph 49 of the Complaint to the extent they relate to Defendant.

50. Defendant denies the allegations contained in Paragraph 50 of the Complaint to the extent they relate to Defendant.

51. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint and therefore denies them.

52. Defendant denies the allegations contained in Paragraph 52 of the Complaint to the extent they relate to Defendant.

## COUNT ONE
## BREACH OF CONTRACT – AGAINST MIKE

53. In answering Paragraph 53 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

54. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint and therefore denies them.

55. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 55 of the Complaint and therefore denies them. Defendant further denies the allegations contained in Paragraph 55 of the Complaint to the extent they relate to Defendant.

56. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint and therefore denies them. Defendant further denies the allegations contained in Paragraph 56 of the Complaint to the extent they relate to Defendant.

57. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint and therefore denies them. Defendant further denies the allegations contained in Paragraph 57 of the Complaint to the extent they relate to Defendant.

58. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint and therefore denies them.

## COUNT TWO
## BREACH OF FIDUCIARY DUTY – AGAINST MIKE

59. In answering Paragraph 59 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

60. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint and therefore denies them.

61. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint and therefore denies them.  Defendant further denies the allegations contained in Paragraph 61 of the Complaint to the extent they relate to Defendant.

62. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint and therefore denies them.  Defendant further denies the allegations contained in Paragraph 62 of the Complaint to the extent they relate to Defendant.

63. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint and therefore denies them.  Defendant further denies the allegations contained in Paragraph 63 of the Complaint to the extent they relate to Defendant.

64. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint and therefore denies them.  Defendant further denies the allegations contained in Paragraph 64 of the Complaint to the extent they relate to Defendant.

65. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint and therefore

1  denies them. Defendant further denies the allegations contained in Paragraph 65 of the
2  Complaint to the extent they relate to Defendant.

3        66. Defendant lacks sufficient information or knowledge to form a belief
4  as to the truth of the allegations contained in Paragraph 66 of the Complaint and therefore
5  denies them. Defendant further denies the allegations contained in Paragraph 66 of the
6  Complaint to the extent they relate to Defendant.

7        67. Defendant lacks sufficient information or knowledge to form a belief
8  as to the truth of the allegations contained in Paragraph 67 of the Complaint and therefore
9  denies them. Defendant further denies the allegations contained in Paragraph 67 of the
10 Complaint to the extent they relate to Defendant.

**COUNT THREE**
**AIDING AND ABETTING A BREACH OF FIDUCIARY DUTY – ARMSTRONG AND DIRECT POINT**

13       68. In answering Paragraph 68 of the Complaint, Defendant incorporates
14 by reference all of its responses in this Answer as if fully set forth in this Response.

15       69. Defendant denies the allegations contained in Paragraph 69 of the
16 Complaint to the extent they relate to Defendant.

17       70. Defendant denies the allegations contained in Paragraph 70 of the
18 Complaint to the extent they relate to Defendant.

19       71. Defendant denies the allegations contained in Paragraph 71 of the
20 Complaint to the extent they relate to Defendant.

21       72. Defendant denies the allegations contained in Paragraph 72 of the
22 Complaint to the extent they relate to Defendant.

23       73. Defendant denies the allegations contained in Paragraph 73 of the
24 Complaint to the extent they relate to Defendant.

25       74. Defendant denies the allegations contained in Paragraph 74 of the
26 Complaint to the extent they relate to Defendant.

27       75. Defendant denies the allegations contained in Paragraph 75 of the
28 Complaint to the extent they relate to Defendant.

**COUNT FOUR**
**MISAPPROPRIATION OF TRADE SECRETS IN VIOLATION OF THE DEFEND TRADE SECRETS ACT, 18 U.S.C. § 1833, et seq. – ALL DEFENDANTS**

76. In answering Paragraph 76 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

77. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 77 of the Complaint and therefore denies them.

78. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint and therefore denies them.

79. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint and therefore denies them.

80. Defendant denies the allegations contained in Paragraph 80 of the Complaint to the extent they relate to Defendant.

81. Defendant denies the allegations contained in Paragraph 81 of the Complaint to the extent they relate to Defendant.

82. Defendant denies the allegations contained in Paragraph 82 of the Complaint to the extent they relate to Defendant.

83. Defendant denies the allegations contained in Paragraph 83 of the Complaint to the extent they relate to Defendant.

84. Defendant denies the allegations contained in Paragraph 84 of the Complaint to the extent they relate to Defendant.

85. Defendant denies the allegations contained in Paragraph 85 of the Complaint to the extent they relate to Defendant.

86. Defendant denies the allegations contained in Paragraph 86 of the Complaint to the extent they relate to Defendant.

**COUNT FIVE**

**VIOLATION OF ARIZONA UNIFORM TRADE SECRETS ACT AND MISAPPROPRIATION OF TRADE SECRETS – ALL DEFENDANTS**

87. In answering Paragraph 87 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

88. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint and therefore denies them.

89. Defendant denies the allegations contained in Paragraph 89 of the Complaint to the extent they relate to Defendant.

90. Defendant denies the allegations contained in Paragraph 90 of the Complaint to the extent they relate to Defendant.

91. Defendant denies the allegations contained in Paragraph 91 of the Complaint to the extent they relate to Defendant.

92. Defendant denies the allegations contained in Paragraph 92 of the Complaint to the extent they relate to Defendant.

93. Defendant denies the allegations contained in Paragraph 93 of the Complaint to the extent they relate to Defendant.

94. Defendant denies the allegations contained in Paragraph 94 of the Complaint to the extent they relate to Defendant.

95. Defendant denies the allegations contained in Paragraph 95 of the Complaint to the extent they relate to Defendant.

**COUNT SIX**
**TORTIOUS INTERFERENCE WITH CONTRACTS/BUSINESS EXPECTANCIES – ALL DEFENDANTS**

96. In answering Paragraph 96 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

97. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 97 of the Complaint and therefore denies them.

98. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 98 of the Complaint and therefore denies them.

99. Defendant denies the allegations contained in Paragraph 99 of the Complaint to the extent they relate to Defendant.

100. Defendant denies the allegations contained in Paragraph 100 of the Complaint to the extent they relate to Defendant.

101. Defendant denies the allegations contained in Paragraph 101 of the Complaint to the extent they relate to Defendant.

102. Defendant denies the allegations contained in Paragraph 102 of the Complaint to the extent they relate to Defendant.

103. Defendant denies the allegations contained in Paragraph 103 of the Complaint to the extent they relate to Defendant.

104. Defendant denies the allegations contained in Paragraph 104 of the Complaint to the extent they relate to Defendant.

## COUNT SEVEN
## CONVERSION – ALL DEFENDANTS

105. In answering Paragraph 105 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

106. Defendant denies the allegations contained in Paragraph 106 of the Complaint to the extent they relate to Defendant.

107. Defendant denies the allegations contained in Paragraph 107 of the Complaint to the extent they relate to Defendant.

108. Defendant denies the allegations contained in Paragraph 108 of the Complaint to the extent they relate to Defendant.

109. Defendant denies the allegations contained in Paragraph 109 of the Complaint to the extent they relate to Defendant.

7256500.1　　　　　　　　　　　　　　　　12

## COUNT EIGHT
## BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING - MIKE

110. In answering Paragraph 110 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

111. The allegations contained in Paragraph 111 of the Complaint are legal conclusions which do not require an affirmative response.  In addition, the allegations contained in Paragraph 111 of the Complaint do not relate to Defendant.  To the extent the allegations contained in Paragraph 111 of the Complaint purport to state a cause of action against Defendant, Defendant denies the allegations.

112. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 112 of the Complaint and therefore denies them.  Defendant further denies the allegations contained in Paragraph 112 of the Complaint to the extent they relate to Defendant.

113. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 113 of the Complaint and therefore denies them.  Defendant further denies the allegations contained in Paragraph 113 of the Complaint to the extent they relate to Defendant.

114. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 114 of the Complaint and therefore denies them.  Defendant further denies the allegations contained in Paragraph 114 of the Complaint to the extent they relate to Defendant.

115. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 115 of the Complaint and therefore denies them.  Defendant further denies the allegations contained in Paragraph 115 of the Complaint to the extent they relate to Defendant.

## COUNT NINE
## UNJUST ENRICHMENT – ALL DEFENDANTS

116. In answering Paragraph 116 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

117. Defendant denies the allegations contained in Paragraph 117 of the Complaint to the extent they relate to Defendant.

118. Defendant denies the allegations contained in Paragraph 118 of the Complaint to the extent they relate to Defendant.

119. Defendant denies the allegations contained in Paragraph 119 of the Complaint to the extent they relate to Defendant.

## COUNT TEN
## CIVIL CONSPIRACY – ALL DEFENDANTS

120. In answering Paragraph 120 of the Complaint, Defendant incorporates by reference all of its responses in this Answer as if fully set forth in this Response.

121. Defendant denies the allegations contained in Paragraph 121 of the Complaint to the extent they relate to Defendant.

122. Defendant denies the allegations contained in Paragraph 122 of the Complaint to the extent they relate to Defendant.

123. Defendant denies the allegations contained in Paragraph 123 of the Complaint to the extent they relate to Defendant.

124. Defendant denies the allegations contained in Paragraph 124 of the Complaint to the extent they relate to Defendant.

## AFFIRMATIVE DEFENSES

1. As and for a separate defense and in the alternative, Defendant alleges that Plaintiff's Complaint fails to state a claim upon which relief may be granted against Defendant.

2. As and for a separate defense and in the alternative, Defendant alleges that Plaintiff failed to mitigate its damages, thus barring or reducing the recovery against Defendant.

3. As and for a separate defense and in the alternative, Defendant alleges that Defendant Murphy has never been Defendant's employee. At all times relevant, Defendant Murphy has only been an independent contractor for Defendant.

4. As and for a separate defense and in the alternative, Defendant alleges that at all relevant times it was not aware of the alleged restrictive covenants between Plaintiff and Defendant Murphy.

5. As and for a separate defense and in the alternative, Defendant alleges that it never assisted or encouraged Defendant Murphy to breach any duties owed to Plaintiff, as Plaintiff alleges.

6. As and for a separate defense and in the alternative, Defendant alleges that it never assisted or encouraged Defendant Murphy to misappropriate any Confidential Information or Trade Secrets belonging to Plaintiff, as Plaintiff alleges.

7. As and for a separate defense and in the alternative, Defendant alleges that it never knowingly, intentionally, and improperly interfered with any contractual/business expectancies belonging to Plaintiff.

8. As and for a separate defense and in the alternative, Defendant alleges that it never intentionally exercised dominion or control over Plaintiff's alleged Trade Secrets or Confidential Information.

9. As and for a separate defense and in the alternative, Defendant alleges that it never conspired with the other defendants to misappropriate Plaintiff's alleged Confidential Information and Trade Secrets.

10. As and for a separate defense and in the alternative, Defendant alleges that it was not enriched by misappropriating Plaintiff's alleged Confidential Information and Trade Secrets.

11. Although Defendant does not presently have specific facts in support of the remaining defenses, it wishes to put counsel for Plaintiff upon notice that it raises the following defenses which, through subsequent discovery may, indeed, be supported by the facts: lack of jurisdiction over the subject matter, lack of jurisdiction over the person, arbitration and award, discharge in bankruptcy, duress, set-off, failure to join an indispensable party, failure of consideration, fraud, illegality, laches, license, payment, release, res judicata, statute of frauds, statute of limitations, insufficiency of process and insufficiency of service of process, and waiver.

WHEREFORE, having fully answered the allegations in Plaintiff's Complaint, Defendant prays that it be dismissed with prejudice, that Plaintiff take nothing thereby, that Defendant be awarded its costs and attorney fees, and for such other and further relief as this Court deems just.

DATED this 26th day of December 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Erik J. Stone
Erik J. Stone
Laura A. Van Buren
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Armstrong Transport Group, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of December 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Lisa Drapeau